The Law Office of
Elizabeth E. Macedonio

52 Duane Street – 7th Floor – New York, New York 10007
Telephone: 917-533-5965 • Email: emacedonio@Yahoo.com

October 25, 2026

**Electronically Filed**

Honorable J. Paul Oetkin
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re: United States v. John Farchione
17 Cr. 628

Dear Judge Oetken,

On February 15, 2019, John Farchione was sentenced to 84 months' incarceration and three years of supervised release. On April 5, 2024, Mr. Farchione was released from BOP custody and has since been fully compliant with all conditions of his supervised release. His supervised release is set to expire on April 4, 2027. For the reasons set forth below, I write seeking termination of Mr. Farchione's supervised release. His supervising officer consents to this application.

On August 6, 2018, John Farchione pled guilty before this Court to four counts: honest services mail fraud, mail fraud, conspiracy to commit honest services mail fraud and aggravated identity theft. All of the charges in the case related to Mr. Farchione's employment at Con Edison and a deep troubling addiction to gambling. This marked Mr. Farchione's first and only arrest and conviction.

At the sentence proceeding the Court concluded that the Total Adjusted Offense Level was 33 and that Mr. Farchione was in Criminal History Category One. The resulting range of incarceration was 135-168 months, plus an additional 24 months on the aggravated identity theft count. Relying on the sentencing factors under Title 18 U.S.C. Section 3553(a), the Court determined that a below guideline sentence was appropriate. (Sentencing transcript p.30).

At the sentencing proceeding, and in its submission, the defense noted Mr. Farchione's complete lack of criminal conduct, his addiction to gambling, his strong community ties, his commitment to his family and his extensive work history. Also noted was his deep feeling of shame and remorse, along with the impact his conviction had on his family, particularly his wife, children and grandchildren. Prior to his arrest, these individuals had only known Mr. Farchione as a loving caring father who had consistently been their source of strength and security.

Mr. Farchione is now 74 years of age. He resides in the District of Maine where he is being supervised. His wife Barbara, to whom he has been married for over 50 years, remains supportive of him, as do his children and grandchildren. In turn, Mr. Farchione remains committed to his family and the community in which he lives.

Since his release, there have been no allegations that he has returned to the gambling addiction that caused him to lose his job at Con Edison where he worked from 1972 until 2016. There are also no indications that Mr. Farchione has reverted to any criminal activity. Initially he was released to Pharos House, a halfway facility. There, Mr. Farchione followed every rule without exception, while consistently showing the staff and fellow residents complete respect. (Exhibit A - Letter from Bethany Pendell)

Now living at home with his wife, Mr. Farchione leads a quiet life in a small community. He is active in the home-owners association and fills his day with community work assignments, such as maintaining the community bulletin board to keep his neighbors advised. He also fixes issues that would otherwise require the community to hire a carpenter or plumber (for example refurbishing the community sign). He volunteers at the local senior center where he helps run the weekly Bingo night by cooking hamburgers and hotdogs in the kitchen. Bingo night is a major fundraiser for the senior center. Mr. Farchione has also participated in fund-raising efforts for the Travis Mills Foundation. These funds assist disabled veterans and their families.

Most significantly, Mr. Farchione and his wife together have custom built 14 dollhouses, all of which have been donated to charities and spotlighted at fundraisers. Each dollhouse requires over 200 hours of gluing, sanding, painting and wallpapering. The houses include things such as ceiling and floor molding, stained floors and mullioned windows. The finished houses are donated to organizations such as Catholic Charities and the American Legion where they raise money for programs such as high school scholarships and local charities. Often the dollhouses bring in close to $2,000 in much needed revenue.

Of importance to this application is that Mrs. Farchione has been diagnosed with [redacted] The Farchione's have three children and several grandchildren. Two of Mr. Farchione's children live on Long Island, while his third child resides in Las Vegas. Mr. Farchione is making this application to be able to assist his wife in visiting her children and her grandchildren.

I have been in touch with Mr. Farchione's Probation Officer in the District of Maine who has indicated that she supports this application for early termination. She also noted that Mr.

Farchione has been on low intensity supervision since May of 2024, he reports as required and there have been no known violations or instances of noncompliance.

Pursuant to Title 18 U.S.C. Section 3583 (e) (1), this Court can;

> terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice.

Here, Mr. Farchione's conduct both while at the Pharos House and on supervised release has been exemplary. He has recommitted himself to his family and fills his days giving back to the community in which he lives. He has been a model defendant on supervised release for the last two and a half years. His full compliance, age, wife's illness and the manner in which he serves his community, all come together to create an extraordinary situation warranting that the last six months of his supervision be terminated.

I thank Your Honor for his consideration in this matter.

Respectfully submitted,
*Elizabeth E. Macedonio*
Elizabeth E. Macedonio
*Attorney for the Defendant*
*John Farchione*

All Counsel: Via ECF